No. 605. JOHNSON *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Myer H. Gladstone* for petitioner. *Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.

No. 606. DAVENPORT *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Reuben G. Lenske* for petitioner. *Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg* and *Jerome M. Feit* for the United States.

No. 607. BRADFORD MACHINE TOOL Co. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 6th Cir. Certiorari denied. *Philip J. Schneider* and *Morison R. Waite* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice, Lee A. Jackson* and *Harry Marselli* for respondent.

No. 608. RANDOLPH *v.* STOKES ET AL. C. A. 8th Cir. Certiorari denied. *Sherman Landau* for petitioner. *John S. Marsalek* for garnishee-respondent.

No. 609. STANDARD AMERICAN LIFE *v.* SHEEHAN, COMMISSIONER OF INSURANCE. Supreme Court of Minnesota. Certiorari denied. *Daniel S. Feidt* for petitioner. *Miles Lord,* Attorney General of Minnesota, for respondent.

No. 615. MEREDITH *v.* JOHN DEERE PLOW Co. C. A. 8th Cir. Certiorari denied. *Merritt M. Meredith, pro se. Raymond A. Smith* for respondent.